## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Maria J Beltz | ) | Chapter 13 |
| | ) | Case No. 17 B 22674 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Maria J Beltz  
3351 N Hamlin Ave Apt 2  
Chicago, IL 60618

Debtor Attorney: Semrad Law Firm LLC  
via Clerk's ECF noticing procedures

On June 14, 2018 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, June 7, 2018.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On July 31, 2017, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on September 21, 2017, for a term of 36 months with payments of $175.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 11 | $1,750.00 | $1,301.08 | $448.92 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 06/07/2018  
Due Each Month: $175.00  
Next Pymt Due: 06/30/2018

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 08/21/2017 | 27471569 | $80.77 | 09/08/2017 | 27476112 | $80.77 |
| 09/18/2017 | 27478017 | $80.77 | 10/04/2017 | 27482544 | $13.46 |
| 10/16/2017 | 27484823 | $80.77 | 10/30/2017 | 27489464 | $80.77 |
| 11/14/2017 | 27491594 | $80.77 | 03/20/2018 | 107874673148 | $803.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE